# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**ROY WILLIAM CURTIS**                                                                                          **PLAINTIFF**

V.                         **CASE NO.: 3:08CV00142 BD**

**MICHAEL J. ASTRUE,**
**Commissioner, Social Security Administration**                                   **DEFENDANT**

## ORDER

For good cause shown, Plaintiff's motion for extension of time to file a brief (docket entry #9) is GRANTED. The time is extended to, and including, January 26, 2009. Defendant's brief shall be due 42 days from the date Plaintiff's brief is served.

IT IS SO ORDERED this 29th day of December, 2008.

_____
UNITED STATES MAGISTRATE JUDGE