**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**ROY WILLIAM CURTIS**                                                     **PLAINTIFF**

V.                  **CASE NO.: 3:08CV00142 BD**

**MICHAEL J. ASTRUE,
Commissioner, Social Security Administration**                 **DEFENDANT**

## ORDER

Pending is Plaintiff's second motion for extension of time to file a brief (docket entry #11). In the motion, Plaintiff certifies that the opposing party does not object to the requested extension. Accordingly, the motion (#11) is GRANTED. The time is extended to, and including, February 20, 2009. Defendant's brief shall be due 42 days from the date Plaintiff's brief is served.

IT IS SO ORDERED this 3rd day of February, 2009.

_____
UNITED STATES MAGISTRATE JUDGE