**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**ROY WILLIAM CURTIS**                                                                                          **PLAINTIFF**

V.                              **CASE NO.: 3:08CV00142 BD**

**MICHAEL J. ASTRUE,**
**Commissioner, Social Security Administration**                                       **DEFENDANT**

**ORDER**

Pending is Plaintiff's third motion for extension of time to file his brief (docket entry #13). In the motion, Plaintiff certifies that the opposing party does not object to the requested extension. Accordingly, the motion (#13) is GRANTED. The time is extended to, and including, March 16, 2009. Defendant's brief shall be due 42 days from the date Plaintiff's brief is served.

IT IS SO ORDERED this 2nd day of March, 2009.

_____
UNITED STATES MAGISTRATE JUDGE