**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**ROY WILLIAM CURTIS**                                                                                    **PLAINTIFF**

V.                              **CASE NO.: 3:08CV00142 BD**

**MICHAEL J. ASTRUE,**
**Commissioner, Social Security Administration**                                   **DEFENDANT**

**ORDER**

Pending is Plaintiff's fourth motion for extension of time to file his brief (docket entry #15). In the motion, Plaintiff certifies that the opposing party does not object to the requested extension. Accordingly, the motion (#15) is GRANTED.[1] The time is extended to, and including, April 30, 2009. Defendant's brief shall be due 42 days from the date Plaintiff's brief is served.

IT IS SO ORDERED this 31st day of March, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Absent extraordinary circumstances, this Court does not foresee granting a fifth motion for extension.