IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**ROY WILLIAM CURTIS**                                                                 **PLAINTIFF**

V.                                    **NO. 3:08CV00142-BD**

**MICHAEL J. ASTRUE,**
**Commissioner, Social Security Administration**                         **DEFENDANT**

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered in this case, Judgment is hereby rendered in favor of Michael J. Astrue, Commissioner, Social Security Administration, and against Plaintiff Roy William Curtis.

IT IS SO ORDERED this 23rd day of September, 2009.

_____
UNITED STATES MAGISTRATE JUDGE